```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 57350
   SHERMAN S BOOKER III
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3998

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 10/15/2005 and was confirmed 12/19/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/02/2006.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
HOUSEHOLD FINANCE CORP    CURRENT MORTG         .00              .00             .00
HOUSEHOLD FINANCE CORP    MORTGAGE ARRE     3009.00              .00          672.02
HOMECOMINGS FINANCIAL NE  NOTICE ONLY      NOT FILED             .00             .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE         .00              .00             .00
HOMECOMINGS FINANCIAL     CURRENT MORTG         .00              .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         1173.02               .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED             .00             .00
BANK ONE                  UNSECURED        NOT FILED             .00             .00
CAPITAL ONE               UNSECURED         629.77               .00             .00
CITY OF CHICAGO WATER DE  SECURED           500.00               .00          111.66
CITY OF CHICAGO PARKING   UNSECURED         590.00               .00             .00
COMCAST                   UNSECURED        NOT FILED             .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED             .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED             .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED        2210.14               .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1898.89               .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED         590.91               .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        1995.90               .00             .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY      2,700.00                         1,109.11
TOM VAUGHN                TRUSTEE                                             110.59
DEBTOR REFUND             REFUND                                               19.49

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              2,022.87

PRIORITY                                       .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 57350 SHERMAN S BOOKER III
```

```
SECURED                                                     783.68
UNSECURED                                                      .00
ADMINISTRATIVE                                            1,109.11
TRUSTEE COMPENSATION                                        110.59
DEBTOR REFUND                                                19.49
                                 ---------------   ---------------
TOTALS                                  2,022.87          2,022.87
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 10/04/07               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE